■ DONALD J. HADYK et al., KIRK LEISTER, Individually and Doing Business as IN VITRO BIOANALYTIC SYSTEMS, Appellants, v CORNELL UNIVERSITY et al., Respondents. (Appeal No. 4.) [743 NYS2d 754] —Appeal from a judgment of Supreme Court, Onondaga County (Stone, J.), entered April 11, 2001, which granted defendants judgment against plaintiffs and awarded them costs and disbursements in the amount of $4,941.73.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for

reasons stated in decision at Supreme Court, Onondaga County, Stone, J. Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.